# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**GARY LIPKINS**                                                                                 **PLAINTIFF**

**VS.**                                          **4:08CV01512-WRW**

**3M COMPANY**                                                              **DEFENDANT**

## ORDER

Pending is Defendant's Motion for Reconsideration (Doc. No. 15). Defendant's Motion is GRANTED in part and DENIED in part.

The deadline for completing depositions remains August 21, 2009. The dispositive motions deadline is extended to September 16, 2009. The trial date will remain on the Court's calendar, at this time, for October 27, 2009.

IT IS SO ORDERED this 13th day of August, 2009.

                                                                                         /s/Wm. R. Wilson, Jr.
                                                                   UNITED STATES DISTRICT JUDGE