IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GARY LIPKINS**                                                                                          **PLAINTIFF**

vs.                                                 **4:08CV01512-WRW**

**3M COMPANY**                                                                                          **DEFENDANT**

## ORDER

The unopposed Motion for Extension of Time to Complete Discovery (Doc. No. 48) is GRANTED. Accordingly, the discovery cut-off date is Tuesday, July 13, 2010, and dispositive motions must be filed by 5 p.m., Tuesday, July 20, 2010. The trial remains set for Tuesday, October 5, 2010.

Because discovery has been reopened, Defendant's Motion for Summary Judgment (Doc. No. 32) and Motion to Strike Affidavits (Doc. No. 39) are DENIED without prejudice.

IT IS SO ORDERED, this 13th day of May, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE