IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GARY LIPKINS                                                                                              PLAINTIFF

vs.                                            4:08CV01512-WRW

3M COMPANY                                                                                              DEFENDANT

## JUDGMENT

Based on an Order entered this date granting Defendant's Motion for Summary Judgment, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 26th day of August, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE